**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:                                                          BKY No. 05-42021

Chapter 7

Bruce Ballanger,

    Debtor.
_____

**SUPPLEMENTAL APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY**
_____

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: To object to a filed claimed.

3. Randall L. Seaver and Fuller, Seaver & Ramette, P.A., are qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $250-$335 per hour plus expenses.

5. Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) Randall L. Seaver, a shareholder in the Firm, is the Trustee in this case; (b) the Firm represents the Trustee and other panel trustees in unrelated matters; (c) two members of the Firm are panel trustees; (d) Randall L. Seaver of the Firm is of counsel to Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., ("LOSGS"), and Brian Leonard of LOSGS is a panel trustee; and (e) the Trustee and/or his Firm and the Firm of LOSGS have been on opposite sides of cases in matters unrelated to this case.

6. The Trustee has made the following efforts to recover the asset prior to submitting this Application: The Trustee has requested claim verification or claim withdrawal on two occasions to no avail.

Wherefore, applicant requests that the Court approve such employment by the Trustee.

Dated: February 23, 2007                              /e/ Randall L. Seaver
                                                                                   Randall L. Seaver

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 05-42021
 Chapter 7
Bruce Ballanger,

    Debtor.
_____

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**
_____

    I, Randall L. Seaver and Fuller, Seaver & Ramette, P.A. named in the supplemental application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

    1.    I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

    2.    I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None, except (a) Randall L. Seaver, a shareholder in the Firm, is the Trustee in this case; (b) the Firm represents the Trustee and other panel trustees in unrelated matters; (c) two members of the Firm are panel trustees; (d) Randall L. Seaver of the Firm is of counsel to Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., ("LOSGS"), and Brian Leonard of LOSGS is a panel trustee; and (e) the Trustee and/or his Firm and the Firm of LOSGS have been on opposite sides of cases in matters unrelated to this case.

                                              **FULLER, SEAVER & RAMETTE, P.A.**

Dated: February 23, 2007                    By: /e/ Randall L. Seaver
                                                  Randall L. Seaver      152882
                                                  12400 Portland Avenue South, Suite 132
                                                  Burnsville, MN 55337
                                                  (952) 890-0888

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 05-42021
 Chapter 7
Bruce Ballanger,

 Debtor.
_____

## ORDER
_____

The Supplemental Application to Employ Fuller, Seaver & Ramette, P.A. as attorney of the estate came before the undersigned. Based on the Supplemental Application, the Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code, §327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code, §328.

Dated: _____, 2007  _____
 Nancy C. Dreher
 U.S. Bankruptcy Judge