# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>05-42021-DDO</u> |
| BALLANGER, BRUCE | ) | |
| | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>14,438.23</u>, disbursements of $<u>8.16</u>, and balance on hand of $<u>14,430.07</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of Entity | Nature of Interest | Proposed Payment |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $<u>2,193.82</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>2,193.82</u> for final compensation and an additional $<u>76.92</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a)     $12,588.19$, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 2,193.82 | 2,193.82 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 76.92 | 76.92 |
| FRED W. RADDE | APPRAISER FEES | 300.00 | 300.00 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 8,588.00 | 8,588.00 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 1,429.45 | 1,429.45 |
| | Total | 12,588.19 | 12,588.19 |

(b)     $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c)     $1,841.88$, for unsecured creditors allowed in the total amount of $36,967.35$, yielding a dividend of 4.9824507% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| OSBORNE PROPERTIES LIMITED PARTNERS | 000005 | 19,928.86 | 992.94 |
| SUN MOUNTAIN SPORTS INC | 000001 | 14,698.93 | 732.37 |
| WILSON GOLF DIVISION | 000002 | 2,339.56 | 116.57 |
| Total | | $36,967.35 | $1,841.88 |

7.     The trustee's distribution of gross receipts of $<u>14,438.23</u> from liquidation of all property of the estate is summarized below:

| $ | 2,193.82 | a. | Trustee Compensation |
| $ | 8,588.00 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 300.00 | d. | Other Professionals |
| $ | 1,514.53 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |
| $ | 1,841.88 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 14,438.23 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 14,438.23 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8.     The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated:  March 23, 2007                          /e/ Randall L. Seaver
                                                RANDALL L. SEAVER, Trustee
                                                12400 PORTLAND AVENUE SOUTH
                                                SUITE 132
                                                BURNSVILLE, MN  55337
                                                (952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: __May 29, 2007__        HABBO G. FOKKENA
                                                            UNITED STATES TRUSTEE
                                                            Region 12

                                                       By: _/s/ Lynn C. Stoltzman_

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 05-42021 | DDO | Judge: Dennis D. O'Brien | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|---|---|
| Case Name: | BALLANGER, BRUCE | | | | Date Filed (f) or Converted (c): | 04/01/05 (f) |
| | | | | | 341(a) Meeting Date: | 05/09/05 |
| For Period Ending: 03/29/07 | | | | | Claims Bar Date: | 11/09/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 5.00 | 708.09 | | 708.09 | FA |
| 2. HOMESTEAD | 300,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 3. 2003 DODGE RAM | 18,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. 1964 OLDSS F85 | 300.00 | 0.00 | OA | 0.00 | FA |
|    NO VALUE PER RADDE | | | | | |
| 5. 2002 CASCADE CAMPER | 8,000.00 | 0.00 | DA | 0.00 | FA |
|    Lien to extent of value so DA | | | | | |
| 6. PERA | 20,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. ICMA | 6,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 8. HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. WEARING APPAREL | 1.00 | 0.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 10. 2005 TAX REFUNDS (u) | 0.00 | 2,298.38 | | 2,298.38 | FA |
| 11. SPOUSE CHECKING ACCOUNT (u) | 0.00 | 0.00 | | 0.00 | FA |
|    INCLUDED IN #15 | | | | | |
| 12. WAGES HELD AT FILING (u) | 0.00 | 0.00 | | 0.00 | FA |
|    INCLUDED IN #15 | | | | | |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 107.61 | Unknown |
| 14. TRANSFERRED VAN (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 15. MONIES IN FATHER-IN-LAW'S ACCOUNT (u) | 0.00 | 5,324.15 | | 5,324.15 | FA |

LFORM1      Ver: 11.80

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 05-42021 DDO Judge: Dennis D. O'Brien | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | BALLANGER, BRUCE | Date Filed (f) or Converted (c): | 04/01/05 (f) |
| | | 341(a) Meeting Date: | 05/09/05 |
| | | Claims Bar Date: | 11/09/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $ 357,306.00 | $ 14,330.62 | | $ 14,438.23 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/30/06     Current Projected Date of Final Report (TFR): 12/31/06

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 05-42021 -DDO  
Case Name: BALLANGER, BRUCE  
Taxpayer ID No: ******3377  
For Period Ending: 03/29/07

Trustee Name: RANDALL L. SEAVER  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: ********9139 Money Market - Interest Bearing  

Blanket Bond (per case limit): $ 20,248,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 04/14/06 | 10 | Department of Finance--State Treasurer<br>State of Minnesota<br>St. Paul, MN | MINNESOTA TAX REFUND | | 1224-000 | 489.00 | | 489.00 |
| 04/20/06 | 15 | Connie L. Ballanger<br>5723 88th Crescent Ave N<br>Brooklyn Park, MN 55443 | sETTLEMENT PAYMENT | | 1229-000 | 1,957.09 | | 2,446.09 |
| | | CONNIE L. BALLANGER | Memo Amount: | 588.09<br>MONIES IN FATHER-IN-LAW ACCOUNT | | | | |
| 04/20/06 | 14 | | Memo Amount:<br>VAN | 1,369.00 | | | | |
| | 10 | United States Treasury<br>Austin, Texas | FEDERAL TAX REFUND | | 1224-000 | 2,249.00 | | 4,695.09 |
| | 15 | UNITED STATES TREASURY | Memo Amount:<br>FEDERAL TAX REFUND | 1,809.38 | 1229-000 | | | |
| | | | Memo Amount:<br>MONIES IN FATHER-IN-LAW ACCT | 439.62 | | | | |
| 04/28/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 0.84 | | 4,695.93 |
| 05/31/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 4.00 | | 4,699.93 |
| 06/01/06 | 15 | Connie L. Ballanger<br>5723 88th Crescent Ave N<br>Brooklyn Park, MN 55443 | Settlement payment | | 1229-000 | 5,271.80 | | 9,971.73 |
| | | CONNIE L. BALLANGER | Memo Amount:<br>MONIES IN FATHER-IN-LAW ACCT | 4,296.44 | | | | |
| | 1 | | Memo Amount:<br>BANK ACCOUNT | 708.09 | 1129-000 | | | |
| | 14 | | Memo Amount:<br>TRANSFERRED VAN | 267.27 | 1229-000 | | | |
| 06/22/06 | 000101 | Interanational Sureties, Ltd. | Trustee bond | | 2300-000 | | 8.16 | 9,963.57 |
| | | | | Page Subtotals | | 9,971.73 | 8.16 | |

LFORM24

Ver: 11.80

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 05-42021 -DDO  
Case Name: BALLANGER, BRUCE  
Taxpayer ID No: *******3377  
For Period Ending: 03/29/07  

Trustee Name: RANDALL L. SEAVER  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******9139 Money Market - Interest Bearing  
Blanket Bond (per case limit): $ 20,248,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ATTN: Marley V. Miller | Bond #016018055 | | | | |
| | | 203 Carondelolet, Ste. 500 | | | | | |
| | | New Orleans, LA  70112 | | | | | |
| 06/28/06 | 14 | Connie Ballanger | PAYMENT FOR VAN | 1241-000 | 4,363.73 | | 14,327.30 |
| | | 5723 - 88th Crescent Ave N | | | | | |
| | | Brooklyn Park, MN  55443 | | | | | |
| 06/30/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.32 | | 14,334.62 |
| 07/31/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.92 | | 14,346.54 |
| 08/31/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.18 | | 14,358.72 |
| 09/29/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.80 | | 14,370.52 |
| 10/31/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.21 | | 14,382.73 |
| 11/30/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.82 | | 14,394.55 |
| 12/29/06 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.22 | | 14,406.77 |
| 01/31/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.24 | | 14,419.01 |
| 02/28/07 | 13 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.06 | | 14,430.07 |

Memo Allocation Receipts:             9,477.89  
Memo Allocation Disbursements:             0.00  
Memo Allocation Net:             9,477.89  

Total Allocation Receipts:             9,477.89  
Total Allocation Disbursements:             0.00  
Total Memo Allocation Net:             9,477.89  

| | COLUMN TOTALS | 14,438.23 | 8.16 | 14,430.07 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 14,438.23 | 8.16 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 14,438.23 | 8.16 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS Money Market - Interest Bearing - ********9139 | 14,438.23 | 8.16 | 14,430.07 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 4,466.50 | 0.00 | |

LFORM24                                                                 Ver: 11.80

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-42021 -DDO | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | BALLANGER, BRUCE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******9139  Money Market - Interest Bearing |
| Taxpayer ID No: | ******3377 | | |
| For Period Ending: | 03/29/07 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - ******9139

| | | | Page Subtotals | | 0.00 | 0.00 | |

LFORM24  Ver: 11.80

# PROPOSED DISTRIBUTION

Case Number: 05-42021    DDO  
Debtor Name: BALLANGER, BRUCE  

Page 1

Date: March 29, 2007

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---:|---:|---:|---:|---:|
| | Beginning Balance | | | | | | | $14,430.07 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $2,193.82 | $0.00 | $2,193.82 | $2,193.82 | $12,236.25 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $76.92 | $0.00 | $76.92 | $76.92 | $12,159.33 |
| 000006 | FRED W. RADDE | Admin | 025 | $300.00 | $0.00 | $300.00 | $300.00 | $11,859.33 |
| 000007 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $8,588.00 | $0.00 | $8,588.00 | $8,588.00 | $3,271.33 |
| 000008 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $1,429.45 | $0.00 | $1,429.45 | $1,429.45 | $1,841.88 |
| 000001 | SUN MOUNTAIN SPORTS INC | Unsec | 070 | $14,698.93 | $0.00 | $14,698.93 | $732.37 | $1,109.51 |
| 000002 | WILSON GOLF DIVISION | Unsec | 070 | $2,339.56 | $0.00 | $2,339.56 | $116.57 | $992.94 |
| 000005 | OSBORNE PROPERTIES LIMITED PARTNERSHIP | Unsec | 070 | $19,928.86 | $0.00 | $19,928.86 | $992.94 | $0.00 |
| << Totals >> | | | | $49,555.54 | $0.00 | $49,555.54 | $14,430.07 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 05-42021 DDO
**Debtor:** BALLANGER, BRUCE

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $14,438.23

|  |  |  |  |
|---|---|---|---|
|  | $14,438.23 | 25% of First $5,000 | $1,250.00 |
| Less - | $5,000.00 | ($1,250 Maximum) |  |
| Balance | $9,438.23 | 10% of Next $45,000 | $943.82 |
| Less - | $9,438.23 | ($4,500 Maximum) |  |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less - | $0.00 | ($47,500 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $2,193.82
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$2,193.82**

## 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 244 pages @ 0.25 / page | $61.00 |
| POST: Postage 15 each @ 0.39 / each | $5.85 |
| POST: Postage 2 each @ 0.78 / each | $1.56 |
| POST: Postage 1 each @ 8.51 / each | $8.51 |

TOTAL EXPENSES CALCULATED: $76.92
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$76.92**

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$2,270.74**

**DATED:** 03/29/07

**SIGNED** _____     **TRUSTEE:** RANDALL L. SEAVER
                                                 **12400 PORTLAND AVENUE SOUTH**

# Compensation and Expenses Worksheet

**Case Number:** 05-42021 DDO
**Debtor:** BALLANGER, BRUCE

**SUITE 132**
**BURNSVILLE, MN  55337**